UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUAN DANIEL SANTOS SAGASTIZADO,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE ANNEX, *et al.*,

Respondents.

Case No. 1:26-cv-03798 (EJD)

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

Re: Dkt. No. 1

Petitioner Juan Santos Daniel Sagastizado was, at the time this case was filed, detained at the Golden State Annex pending the resolution of his removal proceedings. He initiated this case by filing a petition for a writ of habeas corpus under 28 U.S.C. § 2241, Dkt. No. 1, in which he alleged that his detention violated both the Due Process Clause of the United States Constitution and the Immigration and Nationality Act. He simultaneously moved for a temporary restraining order ("TRO"), Dkt. No. 4. The government timely responded to the TRO (Dkt. No. 9), after which Petitioner submitted an Amended Petition making the same claims, but clarifying the factual record. Dkt. No. 15. Neither party requested oral argument.

The court converted the TRO into a motion for preliminary injunction, granted it, and ordered Petitioner's release on June 8, 2026. *Santos Sagastizado v. Warden of the Golden State Annex*, No. 1:26-CV-03798 (EJD), 2026 WL 1656091 (E.D. Cal. June 8, 2026); Dkt. No. 19. The court enjoined and restrained Respondents from re-detaining Petitioner absent compliance with constitutional protections—including at a minimum pre-deprivation notice, as well as a timely hearing. *Id.* at *4. It further ordered Respondents to show cause, in writing, why the Court should not enter judgment on the merits of the Amended Petition. *Id*. Respondents submitted a timely

United States District Court
Eastern District of California

response submitting on the arguments already made in response to the TRO, and raising no further issues or facts. Dkt. No. 20 at 1.

For the reasons indicated in the Court's order granting a preliminary injunction—and in other cases, *see, e.g., Singh v. Chestnut*, No. 1:26-CV-04030 (EJD), 2026 WL 1656110 (E.D. Cal. June 8, 2026); *Coro Alvarez v. Warden, California City Det. Facility*, No. 1:26-CV-04124 (EJD), 2026 WL 2171728 (E.D. Cal. July 27, 2026); *Perez Blas v. California City Corr. Ctr.*, No. 1:26-CV-03523 (EJD), 2026 WL 1407951 (E.D. Cal. May 19, 2026)—the Petition is GRANTED as to Petitioner's procedural due process claim (count 2). And because it is unnecessary to resolve the remaining counts in the petition, the court declines to do so. The preliminary injunctive relief previously granted, Dkt. No. 19, is made permanent.

The Clerk of Court is DIRECTED to close this case and enter judgment for Petitioner. This order resolves all pending motions.

**IT IS SO ORDERED.**

Dated: August 24, 2026

EDWARD J. DAVILA
United States District Judge